UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DALE ROBINSON,
    Plaintiff,

    v.                                               CIVIL ACTION NO.
                                                    10-11810-NMG

LINCARE INC.,
    Defendant.

**ORDER**

**October 3, 2012**

**BOWLER, U.S.M.J.**

    Having reviewed the in camera submissions with respect to a motion to compel filed by plaintiff Dale Robinson (Docket Entry # 44) and argued at an August 13, 2012 hearing, this court finds that the documents are not relevant to the claims in this proceeding.  Accordingly, defendant Lincare Inc. is not required to produce the documents and the Clerk is directed to return the documents to Lincare Inc.

                                                /s/ Marianne B. Bowler
                                              **MARIANNE B. BOWLER**
                                              United States Magistrate Judge